# Court of Appeals
# of the State of Georgia

ATLANTA,   March 30, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1337.  DEMETRIOUS DOYLE v. THE STATE.**

Demetrious Doyle filed this direct appeal from the trial court's order revoking his probation.  But pursuant to OCGA § 5-6-35 (a) (5), appeals from orders revoking probation must be made by timely application for discretionary appeal.  Doyle's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Johnson v. State*, 237 Ga. App. 677 (516 SE2d 539) (1999).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   03/30/2015
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

                                      , *Clerk.*